IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY COUNTY,
FLORIDA

CASE NO.:
DIVISION:

**JOHN CAPRICCIOSO**

    Plaintiff,

-vs-

**HOME DEPOT USA, INC.**

    Defendants.

_____/

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, by and through undersigned counsel, hereby files this Complaint against Defendant, **HOME DEPOT USA, INC.**, and alleges:

1. This is an action for damages in excess of $50,000.00, exclusive of attorneys' fees, interest and costs.

2. At all times material, Plaintiff, **JOHN CAPRICCIOSO**, was a resident of Ponte Vedra Beach, Florida.

3. At all times material, Defendant, **HOME DEPOT USA, INC.**, was a corporation authorized to do business in the State of Florida and, more particularly, DUVAL COUNTY.

4. On or about May 12, 2022 Defendant, **HOME DEPOT USA, INC.**, was the owner of or otherwise in legal possession or tenant of a building at 3790 3rd Street South Jacksonville Beach, Florida 32250 ("premises") that was open to the public as a retail store and members of the public were invited therein.

5. At that time and place, Plaintiff, **JOHN CAPRICCIOSO**, went to the premises for the purpose of shopping, said purpose being the Defendant holds itself open to the public.

6. At all times material, the Defendant, being the owner of or otherwise in legal control or tenant of the premises, had a duty to maintain the premises in a reasonably safe condition and/or to warn its invitees, including Plaintiff, of unreasonably dangerous conditions existing on the property.

7. On or about May 12, 2022, while in the aforesaid Defendant's store, Plaintiff, **JOHN CAPRICCIOSO**, tripped and fell on an object that was on the floor causing serious bodily harm.

8. This Defendant created and/or had actual or constructive notice of the existence of this aforesaid object on the floor of its store and should have taken steps to remedy the condition or warn Plaintiff of its existence. It did neither. The Defendant was on constructive notice of the unreasonably dangerous condition caused by the existence of this object because:

   (a) The dangerous condition was caused, in the exercise of ordinary care, by Defendant, **HOME DEPOT USA, INC.**, whom should have taken the proper steps to notify Plaintiff, **JOHN CAPRICCIOSO**, and all others similarly situated, of the condition stated herein;

   (b) The condition, to wit, an object on the floor of this store, occurred with regularity and was therefore foreseeable;

   (c) Defendant, **HOME DEPOT USA, INC.**, failed to provide verbal and/or written warning to patrons, including Plaintiff, of the transitory substance on their premises;

   (d) The dangerous condition had existed for a sufficient length of time so that Defendant had constructive knowledge of the dangerous condition.

9. The Defendant, **HOME DEPOT USA, INC.**, breached its aforesaid duties to the Plaintiff, **JOHN CAPRICCIOSO**, by allowing this unreasonably dangerous condition to exist on its property and/or by failing to warn Plaintiff of its existence.

10. As a direct and proximate result of the aforesaid negligence, Plaintiff, **JOHN CAPRICCIOSO**, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff, **JOHN CAPRICCIOSO**, has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff, **JOHN CAPRICCIOSO**, demands judgment for damages against Defendant, **HOME DEPOT USA, INC.**, and a trial by jury of all issues so triable.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to via process server.

BRUCE A. GARTNER, P.A.

_____
BRUCE A. GARTNER, ESQUIRE
Florida Bar No.: 987085
428-B Osceola Ave
Jacksonville Beach, Florida 32250
(904) 241-9444
(904) 241-9446 Facsimile
Attorney for Plaintiff
Primary email: bruce@jaxinjuryattorney.com