UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN CAPRICCIOSO,

    Plaintiff,

                                     Case No. 3:23-cv-974-BJD-PDB

v.

HOME DEPT U.S.A., INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Order of Dismissal with Prejudice (Doc. 12; Stipulation) filed on October 18, 2023. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.    This case is **DISMISSED with prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 20ᵗʰ day of

October 2023.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record

- 2 -